# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| SUMMIT CARBON SOLUTIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SHELBY COUNTY, IOWA; SHELBY COUNTY BOARD OF SUPERVISORS; STEVE KENKEL, in his official capacity as a Shelby County Supervisor; CHARLES PARKHURST, in his official capacity as Shelby County Supervisor; DARIN HAAKE, in his official capacity as Shelby County Supervisor, <br><br> Defendants. | CASE NO. 1:22-cv-00020-SMR-SBJ <br><br> **NOTICE OF APPEAL** |

Defendants Shelby County, Iowa, Shelby County Board of Supervisors, Steve Kenkel, Charles Parkhurst, and Darin Haake, pursuant to 28 U.S.C. § 1291 and Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1), hereby appeal to the United States Court of Appeals for the Eighth Circuit from the final decision of the district court entered on December 4, 2023 (ECF No. 82), and the final judgment entered on December 18, 2023 (ECF No. 84), and all adverse rulings and orders inhering therein.

Respectfully submitted this 23rd day of December, 2023.

1

*/s/ Jason M. Craig*
Jason M. Craig (AT0001707)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone: (515) 243-7611
Facsimile: (515) 243-2149
Email: jcraig@ahlerslaw.com
ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify on December 23, 2023, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Southern District of Iowa by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Jason M. Craig*
