# TRANSMITTAL SHEET

TO: Clerk, U.S. Court of Appeals, 8th Circuit    DATE: 2/2/2024

FROM: Clerk, U.S. District Court, Southern District of Iowa – Council Bluffs

Appeal Number:   **23-3758**

District Court Number:   **1:22-cv-00020**

Name:   **Couser et al v. Shelby County, Iowa et al**

TRANSMITTED HEREWITH:


Original File:


Designated Clerk's Record:


PSI Report:

Transcript:  **Motion Hearing [50] – 1 copy**

Exhibits:

Comments: